# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Case #: 1:20-CV-00209

**Republic Technologies (NA), LLC and Sream, Inc.**

Plaintiff

vs.

**Fedaa Masood d/b/a Sunshine Food-4 and Efedaa Masood**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Complaint**

PARTY SERVED: **FEDAA MASOOD D/B/A SUNSHINE FOOD-4**

PERSON SERVED: **EFEDAA MASOOD, SELF**

METHOD OF SERVICE: **Corporate** - By leaving copies with the person identified above who stated they were authorized to accept service.

DATE & TIME OF DELIVERY: **04/04/2020 at 10:55 AM**

ADDRESS, CITY AND STATE: **1200 CEDARWOOD DR, CREST HILL, IL 60403**

DESCRIPTION: **Middle Eastern, Male, 36, 5'8", 160 lbs, Black hair**

I declare under penalties of perjury that the information contained herein is true and correct.

_____
Chris Adlington, Lic # 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 505
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me on the 6th day of April, 2020.

_____
NOTARY PUBLIC

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/28/21

CLIENT: **The Ticktin Law Group**
FILE #: **17-0063**

Tracking #: **433445**