# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**  
**NORTHERN DISTRICT OF ILLINOIS**

Case #: 1:20-CV-00209

**Republic Technologies (NA), LLC and Sream, Inc.**

Plaintiff

vs.

**Fedaa Masood d/b/a Sunshine Food-4 and Efedaa Masood**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Complaint**

PARTY SERVED: **EFEDAA MASOOD**

METHOD OF SERVICE: **Personal Service** - By personally delivering copies to **EFEDAA MASOOD.**

DATE & TIME OF DELIVERY: **04/04/2020 at 1:10 PM**

ADDRESS, CITY AND STATE: **17754 BERNARD DR ##D, ORLAND PARK, IL 60467**

DESCRIPTION: **Middle Eastern, Male, 25, 5'6", 180 lbs, Black hair**

I declare under penalties of perjury that the information contained herein is true and correct.

_[signature]_

Chris Adlington, Lic # 117-001119  
Judicial Attorney Services, Inc.  
2100 Manchester Rd., Ste 505  
Wheaton, IL 60187  
(630) 221-9007

SUBSCRIBED AND SWORN to before me on the 6th day of April, 2020.

_Joan C. Harenberg_  
NOTARY PUBLIC

OFFICIAL SEAL  
JOAN C HARENBERG  
NOTARY PUBLIC - STATE OF ILLINOIS  
MY COMMISSION EXPIRES:04/28/21

CLIENT: **The Ticktin Law Group**  
FILE #: **17-0063**

Tracking #: **433444**